# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW RUE21 HOLDCO, INC., *et al.*,[1] | Case No. 24-10939 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No.** __ |

## ORDER (I) AMENDING CASE CAPTION TO REFLECT DEBTORS' CHANGE OF NAMES AND ADDRESS, AND (II) GRANTING RELATED RELIEF

Upon consideration of the motion (the "Motion")[2] of the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") for entry of an order (i) authorizing the Debtors to amend the case caption used in these Chapter 11 Cases to reflect changes of certain of the Debtors' legal names and to amend the Debtors' service address and (ii) granting related relief, all as more fully set forth in the Motion; and this Court having reviewed the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their federal tax identification numbers, are New rue21 Holdco, Inc. (4668), r21 Holdings, Inc. (1618), New rue21 Intermediate, Inc. (9166), New rue21, LLC (4521), New RSC, LLC (4690), and r services llc (9425). The Debtors' headquarters is located at 800 Commonwealth Drive, Warrendale, PA 15086.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and this Court having determined that there is good and sufficient cause for the relief granted in this Order, therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED, as set forth herein.

2. The Clerk of the Court is authorized and directed to make a docket entry in case number 24-10939 (BLS) as soon as possible that states substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the corporate name change of New rue21 Holdco, Inc., to In re: New RSC Holdco, Inc." In addition, the Clerk of the Court is authorized to modify the docket of case number 24-10939 (BLS) with the Debtor's new name as soon as possible.

3. The Clerk of the Court is authorized and directed to make a docket entry in case number 24-10941 (BLS) as soon as possible that states substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the corporate name change of New rue21 Intermediate, Inc., to In re: New RSC Intermediate, Inc." In addition, the Clerk of the Court is authorized to modify the docket of case number 24-10941 (BLS) with the Debtor's new name as soon as possible.

4. The Clerk of the Court is authorized and directed to make a docket entry in case number 24-10942 (BLS) as soon as possible that states substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the corporate name change of New rue21, LLC, to In re: New RSC I, LLC." In addition, the Clerk of the Court is authorized to modify the docket of case number 24-10942 (BLS) with the Debtor's new name as soon as possible.

5. Effective upon entry of this Order, the new caption of the jointly administered Chapter 11 Cases shall be as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| NEW RSC HOLDCO, INC., *et al.*,[1] | Case No. 24-10939 (BLS) |
| Debtors. | (Jointly Administered) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their federal tax identification numbers, are New RSC Holdco, Inc. (4668), r21 Holdings, Inc. (1618), New RSC Intermediate, Inc. (9166), New RSC I, LLC (4521), New RSC, LLC (4690), and r services llc (9425). The Debtors' service address 153 Jefferson Ave #618, Washington, PA 15301.

6. The foregoing caption shall satisfy the requirements of section 342(c)(1) of the Bankruptcy Code.

7. The Debtors are hereby authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this Order.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.