# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW RSC HOLDCO, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10939 (BLS)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 326, 343, 344, 350 & 357 |

## NOTICE OF FILING OF REVISED PROPOSED DISMISSAL ORDERS

**PLEASE TAKE NOTICE** that, on June 21, 2024, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order (I) Dismissing the Debtors' Chapter 11 Cases; (II) Authorizing the Debtors to Transfer, Abandon and/or Destroy Retained Books and Records; (III) Authorizing the Transfer of Remaining Assets; (IV) Establishing Procedures with Respect to Final Fee Applications; (V) Directing the Debtor Entities to Be Dissolved; (VI) Exculpating Certain Parties from Liability in Connection with These Chapter 11 Cases; and (VII) Granting Related Relief* [Docket No. 326] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). A proposed form of order approving the motion on an initial basis (the "Proposed Initial Order") was attached to the Motion as Exhibit A. The Proposed Initial Order sought, among other things, entry of a dismissal order (together with the Proposed Initial Order, the "Proposed Orders") substantially in the form attached as Exhibit I to the Proposed Initial Order.

**PLEASE TAKE FURTHER NOTICE** that, subsequent to filing the Motion, the Debtors received objections to the Motion from (i) the Office of the United States Trustee [Docket No.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their federal tax identification numbers, are New RSC Holdco, Inc. (4668), r21 Holdings, Inc. (1618), New RSC Intermediate, Inc. (9166), New RSC I, LLC (4521), New RSC, LLC (4690), and r services llc (9425). The Debtors' service address is 153 Jefferson Ave #618, Washington, PA 15301.

343] (the "U.S. Trustee Objection"), (ii) Popular Poison, LLC [Docket No. 344] (the "Popular Poison Objection"), and (iii) Accion Labs US, Inc. [Docket No. 350] (the "Accion Labs Objection"), as well as informal comments from certain taxing authorities (collectively with the U.S. Trustee Objection, the Popular Poison Objection, and the Accion Labs Objection, the "Objections").

**PLEASE TAKE FURTHER NOTICE** that, as reflected in **Exhibit 1** attached hereto, the Debtors have made revisions to the Proposed Orders (the "Revised Proposed Orders") to address certain Objections. For the convenience of the Court and all interested parties, blacklines comparing the Proposed Orders and the Revised Proposed Orders are attached hereto as **Exhibit 2**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to present the Revised Proposed Orders at the hearing scheduled for July 15, 2024 at 1:00 p.m. (ET) (the "Hearing"). The Debtors reserve all rights to modify the Revised Proposed Orders at or prior to the Hearing.

*[Signature Page Follows]*

Dated: July 15, 2024
Wilmington, Delaware

        **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

        /s/ *Allison S. Mielke*
        Edmon L. Morton (No. 3856)
        Matthew B. Lunn (No. 4119)
        Allison S. Mielke (No. 5934)
        Carol E. Cox (No. 6936)
        Rodney Square
        1000 North King Street
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253
        emorton@ycst.com
        mlunn@ycst.com
        amielke@ycst.com
        ccox@ycst.com

        -and-

        **WILLKIE FARR & GALLAGHER LLP**
        Rachel C. Strickland (admitted *pro hac vice*)
        Andrew S. Mordkoff (admitted *pro hac vice*)
        Joseph R. Brandt (admitted *pro hac vice*)
        Jessica D. Graber (admitted *pro hac vice*)
        787 Seventh Avenue
        New York, New York 10019
        Telephone: (212) 728-8000
        Facsimile: (212) 728-8111
        rstrickland@willkie.com
        amordkoff@willkie.com
        jbrandt@willkie.com
        jgraber@willkie.com

        *Co-Counsel to the Debtors and Debtors in Possession*