IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW RSC HOLDCO, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10939 (BLS)<br><br>(Jointly Administered) |

**NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 15, 2024 AT 1:00 P.M. (ET)**

> **This hearing will be conducted in-person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person Court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court.**
>
> **To attend a hearing remotely, please register using the *eCourtAppearance* tool (available here) or on the Court's website at www.deb.uscourts.gov.**
>
> **The deadline to register for remote attendance is 4:00 p.m. (ET) the business day before the hearing unless otherwise noticed.**

**RESOLVED MATTERS**

1. Application of the Official Committee of Unsecured Creditors of New rue21 Holdco, Inc., *et al.*, for Entry of an Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Delaware Counsel Effective as of May 15, 2024 [D.I. 266; 6/6/24]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their federal tax identification numbers, are New RSC Holdco, Inc. (4668), r21 Holdings, Inc. (1618), New RSC Intermediate, Inc. (9166), New RSC I, LLC (4521), New RSC, LLC (4690), and r services llc (9425). The Debtors' service address 153 Jefferson Ave. #618, Washington, PA 15301.

[2] **Amended items appear in bold.**

Related Pleadings:

    a)    Certification of Counsel [D.I. 325; 6/21/24]

    b)    Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Delaware Counsel to the Official Committee of Unsecured Creditors of New rue21 Holdco, Inc., *et al*. Effective as of May 15, 2024 [D.I. 331; 6/24/24]

Objection Deadline:    June 20, 2024 at 4:00 p.m. (ET)

Objections/Informal Responses:

    c)    Informal Response from the Office of the United States Trustee

Status:    An order has been entered by the Court. A hearing is unnecessary.

2. Debtors' Motion for Entry of an Order (I) Amending Case Caption to Reflect Change of Debtors' Names and Address, and (II) Granting Related Relief [D.I. 313; 6/18/24]

    Related Pleadings:

        a)    Certificate of No Objection [D.I. 345; 7/3/24]

        b)    Order (I) Amending Case Caption to Reflect Change of Debtors' Names and Address, and (II) Granting Related Relief [D.I. 351; 7/8/24]

    Objection Deadline:    July 2, 2024 at 4:00 p.m. (ET)

    Objections/Informal Responses:    None.

    Status:    An order has been entered by the Court. A hearing is unnecessary.

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

3. Debtors' Ninth Omnibus Motion for Entry of an Order Authorizing the Debtors to (I) Reject (A) an Unexpired Lease of Nonresidential Real Property and (B) Certain Executory Contracts, in Each Case, Effective as of the Rejection Dates, and (II) Abandon Any Remaining Personal Property Located at the Leased Premises [D.I. 338; 6/26/24]

    Related Pleadings:

        a)    Certificate of No Objection [D.I. 358; 7/9/24]

        b)    Ninth Omnibus Order Authorizing the Debtors to (I) Reject (A) an Unexpired Lease of Nonresidential Real Property and (B) Certain Executory Contracts, in Each Case, Effective as of the Rejection Dates, and (II) Abandon Any Remaining Personal Property Located at the Leased Premises [D.I. 360; 7/11/24]

|   |   |
|---|---|
| Objection Deadline: | July 5, 2024 at 4:00 p.m. (ET) [Extended to July 8, 2024 at 4:00 p.m. (ET) for Blue Hole, L.P.] |
| Objections/Informal Responses: | None. |
| Status: | An order has been entered by the Court. A hearing is unnecessary. |

## **WITHDRAWN MATTER**

4. Motion of Popular Poison Graphics LLC Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Directing the Production of Documents [D.I. 241; 5/29/24]

    Related Pleadings:

    a) Notice of Motion [D.I. 274; 6/7/24]

    Objection Deadline:   June 26, 2024 at 4:00 p.m. (ET) [Extended to June 28, 2024 at 4:00 p.m. (ET) for the Debtors]

    Objections/Informal Responses:

    b) [SEALED] Debtors' Objection to the Motion of Popular Poison Graphics LLC Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Directing the Production of Documents [D.I. 341; 6/28/24]

    c) Notice of Filing of Redacted Version of Debtors' Objection to the Motion of Popular Poison Graphics LLC Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Directing the Production of Documents [D.I. 342; 7/2/24]

    Status:   This matter is withdrawn without prejudice. *See* D.I. 344, ¶¶ 16, 28.

## **MATTER GOING FORWARD**

5. Debtors' Motion for Entry of an Order (I) Dismissing the Debtors' Chapter 11 Cases; (II) Authorizing the Debtors to Transfer, Abandon and/or Destroy Retained Books and Records; (III) Authorizing the Transfer of Remaining Assets; (IV) Establishing Procedures with Respect to Final Fee Applications; (V) Directing the Debtor Entities to Be Dissolved; (VI) Exculpating Certain Parties from Liability in Connection with These Chapter 11 Cases; and (VII) Granting Related Relief [D.I. 326; 6/21/24]

    Related Pleadings:

    a) Debtors' Omnibus Reply to Objections to Debtors' Motion for Entry of an Order (I) Dismissing the Debtors' Chapter 11 Cases; (II) Authorizing the Debtors to Transfer, Abandon and/or Destroy Retained Books and Records; (III) Authorizing the Transfer of Remaining Assets; (IV) Establishing Procedures with Respect to Final Fee Applications; (V) Directing the Debtor Entities to Be Dissolved; (VI) Exculpating Certain Parties from

          Liability in Connection with These Chapter 11 Cases; and (VII) Granting Related Relief [D.I. 357; 7/9/24]

    b)     [SEALED] Debtors' Objection to the Motion of Popular Poison Graphics LLC Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Directing the Production of Documents [D.I. 341; 6/28/24]

    c)     Notice of Filing of Redacted Version of Debtors' Objection to the Motion of Popular Poison Graphics LLC Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Directing the Production of Documents [D.I. 342; 7/2/24]

Objection Deadline:     July 5, 2024 at 4:00 p.m. (ET) [Extended to July 9, 2024 at 4:00 p.m. (ET) for Texas Taxing Authorities, and to July 8, 2024 at 4:00 p.m. (ET) for counsel to various landlords]

Objections/Informal Responses:

    d)     Objection of United States Trustee to Debtors' Motion for Entry of an Order (I) Dismissing the Debtors' Chapter 11 Cases; (II) Authorizing the Debtors to Transfer, Abandon and/or Destroy Retained Books and Records; (III) Authorizing the Transfer of Remaining Assets; (IV) Establishing Procedures with Respect to Final Fee Applications; (V) Directing the Debtor Entities to Be Dissolved; (VI) Exculpating Certain Parties from Liability in Connection with These Chapter 11 Cases; and (VII) Granting Related Relief [D.I. 343; 7/3/24]

    e)     Limited Objection of Popular Poison Graphics, LLC to Debtors' Motion for Entry of an Order (I) Dismissing the Debtors' Chapter 11 Cases; (II) Authorizing the Debtors to Transfer, Abandon and/or Destroy Retained Books and Records; (III) Authorizing the Transfer of Remaining Assets; (IV) Establishing Procedures with Respect to Final Fee Applications; (V) Directing the Debtor Entities to Be Dissolved; (VI) Exculpating Certain Parties from Liability in Connection with These Chapter 11 Cases; and (VII) Granting Related Relief [D.I. 344; 7/3/24]

    f)     Objection of Accion Labs US, Inc. to Debtors' Motion [D.I. 350; 7/5/24]

    g)     Informal Response from Texas Taxing Authorities

**Additional Pleadings:**

    **h)**     **Notice of Filing of Revised Proposed Dismissal Orders [D.I. 364; 7/15/24]**

Status:     Items (d) and (g) have been resolved. **With respect to the response listed as item (e), this matter is resolved in principle subject to documentation. With respect to item (f), this matter is going forward.**

Dated: July 15, 2024
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ *Allison S. Mielke*
Edmon L. Morton (No. 3856)
Matthew B. Lunn (No. 4119)
Allison S. Mielke (No. 5934)
Carol E. Cox (No. 6936)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
emorton@ycst.com
mlunn@ycst.com
amielke@ycst.com
ccox@ycst.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Rachel C. Strickland (admitted *pro hac vice*)
Andrew S. Mordkoff (admitted *pro hac vice*)
Joseph R. Brandt (admitted *pro hac vice*)
Jessica D. Graber (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
rstrickland@willkie.com
amordkoff@willkie.com
jbrandt@willkie.com
jgraber@willkie.com

*Co-Counsel to the Debtors and Debtors in Possession*